Joseph Dixon, Respondent, v. New York Real Estate Association, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Woodward and Rich, JJ., concurred; Jenks. P. J., and Carr, J., dissented.

In the Matter of Supplementary Proceedings; Joseph Shorwitz, Respondent, v. Jacob Caminez, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the authority of *Gibbs* v. *Prindle* (11 App. Div. 470); *Smith* v. *Cayuga Lake Cement Co.* (107 id. 524); *Webb* v. *Parker* (130 id. 92), and *Kretsch* v. *Denofrio* (137 id. 617). Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John Kern, Appellant, v. The Schaeffer & Budenberg Manufacturing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Edward Long and Others, Respondents, v. The Estates of Long Beach, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

Robert W. Maloney, as Receiver, etc., of William G. H. Smith, Respondent, v. William G. H. Smith and Others, Defendants, Impleaded with Margaret L. Smith, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Nason Manufacturing Company, Appellant, v. Lorenzo C. Adams, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Petronia Paltanowicz, Appellant, v. Herman Mendlowitz, Respondent. — Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Mollie Brown, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.